UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN DOE, subscriber assigned IP address § <br> 73.136.107.230, § <br> § <br> Defendant. § | Case No. 4:23-cv-00172 |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and the Court's inherent authority, Plaintiff Strike 3 Holdings, LLC ("Strike 3"), respectfully moves this Court for entry of final judgment against Defendant John Doe based on the Court's Order on Plaintiff's Motion for Default Sanctions, entered on November 18, 2025 (D.E. 40)

### I.     INTRODUCTION AND BACKGROUND

On August 21, 2025, Plaintiff filed its Motion for Default Sanctions (D.E. 39) pursuant to Federal Rule of Civil Procedure 37(b)(2)(A), seeking terminating sanctions against Defendant for repeated failures to comply with discovery obligations, including initial disclosures, interrogatories, and requests for production, despite multiple conferrals, extensions, and a prior Court order compelling compliance (D.E. 37). The Court explicitly admonished Defendant that failure to comply could result in sanctions, including default.

On November 18, 2025, the Court granted Plaintiff's Motion for Default Sanctions in full (D.E. 40) (the "Order"). The Order entered default sanctions against Defendant and provided the following remedies:

a.     Defendant is enjoined from directly, contributorily, or indirectly infringing Plaintiff's copyrights in the Works identified in Exhibit A of the First Amended Complaint (D.E.

21-1), including by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) and/or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

  b. Defendant is ordered to destroy all copies of Plaintiff's Works identified in Exhibit A of the First Amended Complaint (D.E. 21-1).

  c. Defendant is ordered to pay Plaintiff the sum of $28,500 in statutory damages pursuant to 17 U.S.C. § 504(c)(1), and $562.95 in costs pursuant to 17 U.S.C. § 505, for a total of $29,062.95, for which execution may issue forthwith.

  d. Defendant is ordered to pay Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of the Order until the date of its satisfaction.

  Although the Court's Order resolves all claims in this action and constitutes a final adjudication on the merits, pursuant to Federal Rule of Civil Procedure 58(a) every judgment must be set out in a separate document to ensure clarity and finality for purposes of appeal, execution and enforcement. Fed. R. Civ. P. 58(a). Plaintiff therefore respectfully requests that the Court enter final judgment in a separate document incorporating the terms of the November 18, 2025 Order, to facilitate the closure of this case. A proposed Final Judgment, which mirrors the language and relief granted in the Court's Order, is attached hereto as Exhibit 1.

## II.     CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court grant Plaintiff's Motion and enter the attached proposed Final Judgment.

Dated: January 5, 2026                                              Respectfully submitted,

By:  */s/ Paul S. Beik*_____
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002
T: 713-869-6975
F: 713-583-9169
E-mail: paul@beiklaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Paul S. Beik*\_\_\_\_\_
PAUL S. BEIK

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(D) and section 17(a) of Your Honor's Court Procedures, given Defendant's default status, further conferral is impracticable.

By: */s/ Paul S. Beik*\_\_\_\_\_
PAUL S. BEIK
