United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § § Plaintiff, § § v. § Civil Case No.   4:23-cv-00172 § JOHN DOE, subscriber assigned IP § address 73.136.107.230, § § Defendant. § | |

# **FINAL JUDGMENT**

Pursuant to the Court's Order on Plaintiff's Motion for Default Sanctions dated November 18, 2025 (D.E. 40), and upon consideration of Plaintiff's Motion for Entry of Final Judgment, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered in favor of Plaintiff Strike 3 Holdings, LLC and against Defendant John Doe.

2. Defendant is ENJOINED from directly, contributorily, or indirectly infringing Plaintiff's copyrights in the Works identified in Exhibit A of the First Amended Complaint (D.E. 21-1), including, without limitation, by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) and/or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.

3. Defendant shall destroy all copies of Plaintiff's Works identified in Exhibit A of the First Amended Complaint (D.E. 21-1).

4. Defendant shall pay to Plaintiff the sum of $28,500 in statutory damages pursuant to 17 U.S.C. § 504(c)(1), and $562.95 in costs pursuant to 17 U.S.C. § 505, for a total of $29,062.95, for which let execution issue forthwith.

5. Defendant shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 from November 18, 2025, until the date of satisfaction.

6. This Judgment is final and resolves all claims in this action. The Clerk shall close the case.

**DONE AND ORDERED** this 15th day of January, 2026.

By: _____
**Hon. Charles Eskridge**
**UNITED STATES DISTRICT JUDGE**